# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>                Plaintiff,<br><br>    v.<br><br>McDOUGALL,<br><br>                Defendant. | Case No.: 1:19-cv-01795-NONE-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

Plaintiff has filed a notice of voluntary dismissal. Because the pleading has not yet been served on any defendant and no appearances have yet been made, the dismissal does not require court order. Accordingly, the Court **ORDERS** that the Clerk of Court terminate all pending motions (Docs. 2, 9), assign a district judge for the purpose of closing the case and close this case pursuant to plaintiff's notice.

IT IS SO ORDERED.

    Dated:   **April 14, 2020**                        **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE